AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
JIMMY BROWN

*Defendant(s)*

Case No. 6:26-MJ-6122-HAI

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 9, 2026 in the county of Floyd in the Eastern District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 USC § 2252(a)(4)(B) | Possesion of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Zachary Yommer w.p.b Hanly A. Ingram

*Complainant's signature*

Zachary Yommer, FBI

*Printed name and title*

Subscribed remotely by email & telephone per Rule 4.1(b)(2)(A).

Date: 09/09/2026

*Judge's signature*

City and state: Lexington, Kentucky

Hanly A. Ingram, United States Magistrate Judge

*Printed name and title*